RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2021 DEC -9  PM 2:40

Wilfred Labossiere

21 CV 10538

(In the space above enter the full names(s) of the plaintiff(s).)

-against-

Downstate Correctional Facility
John Doe ( officer) Block Officer "F" Block 3 to 11
shift on July 13, 2019

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: XX Yes ☐ No
(Check one)

(In the space above enter the full name(s) of the defendant(s). If you
Cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Address should be included here)

I.      Parties in this Complaint

A.      List your name, identification number, and the name and address of your current place of
        confinement. Do the same for any additional plaintiffs named. Attach additional sheets
        of paper as necessary.

Plaintiff        Name  Wilfred Labossiere
                 ID#   14A2683
                 Current Institution  Downstate Correctional Facility
                 Address   121 Red school house Rd
                           Fishkill NY 12524

B.      List all defendants' names. Positions, places of employment, and the address where each
        defendant may be served. Make sure that the defendant(s) listed below are identical to
        those contained in the above caption. Attach additional sheets of papers as necessary.

Defendant No. 1    Name N. Baxter _____ Shied # _____
                   Where Currently Employed   Downstate Correctional Facility
                   Address  121 Red Schoolhouse RD
                   _____ Fishkill Ny 12524 _____

Defendant No. 2    Name _____ Shied # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shied # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shied # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shied # _____
                   Where Currently Employed _____
                   Address _____
                   _____

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claim. Do not cite any case or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your clam(s) occur? _____
              Downstate Correctional Facility                                          .

B.     Where in the institution did the events giving rise to your claim(s) occur? _____
              4 complex "F" Block                                                      .

C.     What date and approximate time did the events giving rise to your claim(s) occur? _____
              3 to 11 shift
       _____ .
       _____

D.    Facts:    On July 13, 2019 Officer N. Baxter working 3 to 11 pm shift inter
interfered with my access to treatment and was deliberaltely indifferent to

What happened to

my health. He refused to follow doctor's orders for my treatment for an invasive
surgery performed on my rectum on June 29,2019. As the surgical area which was
still bleeding and draining would be exposed to fecal matter on the open wound
after a bowel movement, I must shower to prevent infection by cleaning the area
in the shower with running water. Officer N. Baxter refused my two two request

Who did What?

for a shower ( which is next door to my cell). Yet, he allowed cells F8,F5,F27
F2 and F30 all out to walk their training dogs outside the block and check there

Was anyone else involed?

laundry in the washing machine. see greivence DS-5655-19 for full details attacted.
As this is not the first incident with this officer Ive had to report  and or the
The last as shortly after I was transfered to his main block he works the 7 to 3
shift a messhall block. I didnt understant why I was transfered to his main block
after the greivence issue as I worked in the Law Library not the messhall. On
Dec 11, 2019 a cell search was performed and it was claimed that 0.6 grams of
Marajuana was found in the small locker by N Baxter. At the disposition hearing
I made it clear that the drugs was not mine. I was drug tested it was found that

Who else saw that?

I'm clean, no drugs was in my system. I appealed the disposition of 30 days keeplock
with 20 days suspened. On November 20, 2020 the charges was reversed.
        See Attached - Grivence ; Ticket ; Disposition

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received.   Stress, mental aguish, physical pain and bleeding

## IV.    Exhaustion of Administrative Remedies:

The Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any or Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as
are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional
        facility?

        Yes _XX_    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Downstate correctional faciltiyu
_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __XX__   No _____   Do Not know _____

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all your claim(s)?

Yes _____   No _____   Do Not know __XX__

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other facility correctional where your claim(s) arose?

Yes __XX__   No _____

If NO, did you file a grievance about the events described in this complaint, where did You file the grievance?

Yes _____   No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the Grievance?

Downstate Correctional Facility
_____

1.   Which claim(s) in this complaint did you grievance _____

All
_____

2.   What was the result, if any? _____

I was investegated
_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to The highest level of the grievance process. _____

I was Appealed to Albany
_____
_____
_____
_____
_____
_____

F.  If you did not file a grievance:
    1.    If there are any reason why you did not file a grievance, state them here: _____
    _____
    _____
    _____
    _____

    2.    If you did not file a grievance but informed any official of your claim, state who you in
    informed, when and how, and their response, if any: _____
    _____
    _____
    _____
    _____

G.  Please set forth any additional information that is relevant to the exhaustion of your
    administrative remedies. ___ I was interveiwed by the area seargent _____
    _____
    _____
    _____
    _____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
       administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any,
That you are seeking and basis for such amount). ____ Monetary Compensation $500,000.00 ____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.    Previous lawsuit:

| On these claims |

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No __XX___

B.    If your nswer to A is yes, describe each lawsuit by answering questionings 1 through 7 below. (If there is more than one law suit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.    Parties to previous lawsuit:

   Plaintiff _____--------------_____

   Defendants _____-------------_____

   2.    Court (if federal court, name the district, if state court, name the county) _____
   _____--------------_____

   3.    Docket or index number _____-------------_____

   4.    Name of Judge assigned to your case _____--------------- --_____

   5.    Approximate date of filing lawsuit _____---------------_____

   6.    Is the case still pending? Yes _____    No __XX___

   7.    What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____
   _____--------------------_____
   _____-=-------------------_____

| On other claims |

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____    No __XX___

D.    If your answer to C is Yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, Using the same format.)

   1.    Parties to previous lawsuit:

   Plaintiff _____-------------_____

   Defendants _____-------------_____

2.   Court (if federal court, name the district, if state court, name the county) _____
     _____

3.   Docket or index number ____ _____

4.   Name of Judge assigned to your case _____ -- ----------- _____

5.   Approximate date of filing lawsuit _____ ---------- _____

6.   Is the case still pending? Yes _____ No xx _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there
     Judgment in your favor? Was the case appealed? ___ --- ----------------- _____
     _____ ----------------- _____
     _____ --- ---------------- _____

I declare under penalty of perjury that the forgoing is true and correct.

Signed this ___23___ day of ___Nov___, 20 _21_.

Signature of Plaintiff _____

Inmate Number _____

Institution Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
        their inmate numbers and addresses.

I declare under penalty of perjury that on this ___23___ day of ___Nov___, 20 _21_, I am
delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States
District Court for the Southern District of New York.

**Sworn to before me this**
_23_ day of _NOVEMBER_ 2021
___J. Carmichael___
        Notary Public

Signature of Plaintiff _____

JUANITA CARMICHAEL
Notary Public, State of New York
No. 01CA6122155
Qualified in Dutchess County
Commission Expires Feb. 07, 20 25

FORM 2171B (.3/14)
Side 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_____ DownState _____ **Correctional Facility**                    T3

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Labossiere, Wilfred | 14A2683 | 4A6s |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| 4A6s (Small Locker) | 12/11/19 | Approx 10:30 AM |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

113.25   Drug Possession

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approximate time a K-9 block search was conducted on block 4A by OSI investigator Skeyser. T. CO N Baxter was the officer in charge of running block 4A that day. During the search the K9 dog was alerted to an odor coming from the small locker in cell 4A6s which houses inmate Labossiere, W 14A2683. The K9 investigator Nero assistance in opening the locker small locker T unlocked and opened the small locker to which the K9 dog was able to track the smell to white bottle marked baby powder. Upon opening the bottle T CO N Baxter found a small bag with what appeared to be a green leafy substance and two rolling papers items confiscated and tested to be positive as marajuana and is .6 grams. Inmate Labossiere W is now keeplocked area supervisor is notified

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 12/11/19 | N Baxter | [signature] | CO |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)        SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)        FIRMAS:   1. _____

2. _____                                              3. _____

**NOTE:  Fold back Page 2 on dotted line before completing below.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DATE AND TIME SERVED UPON INMATE   @ 12/11/19 @ 9:40am      NAME AND TITLE OF SERVER   CO J. Richardson.

FECHA HORA DADO AL RECLUSO _____      NOMBRE Y TÍTULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding.  ♦  Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held.  ♦  Por este medio se le notifica que el informe anterior es un carge formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals.  ♦  Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement.  ♦  Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution:  WHITE - Disciplinary Office    CANARY - Inmate (After review)  ♦  Distribución:  BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050

ANTHONY J. ANNUCCI                          JAMES O'GORMAN
ACTING COMMISSIONER                         DEPUTY COMMISSIONER
                                            CORRECTIONAL FACILITIES


REVIEW OF SUPERINTENDENT'S HEARING

NAME:  LABOSSIERE, WILFRED              NO.  14A2683

HEARING FACILITY:  DOWNSTATE


ON BEHALF OF THE COMMISSIONER, PLEASE BE ADVISED THAT YOUR

SUPERINTENDENT'S HEARING OF  DECEMBER 19, 2019,  HAS BEEN REVIEWED AND

ADMINISTRATIVELY REVERSED ON NOVEMBER 16, 2020.


D. VENETTOZZI
DIRECTOR, SPECIAL HOUSING/
INMATE DISCIPLINARY PROGRAM


CC: FACILITY SUPERINTENDENT
    CENTRAL OFFICE FILES


APPEAL DECISION RENDERED PURSUANT TO SECTION 254.8 OF CHAPTER V AND
ELECTRONICALLY PRODUCED UPON THE AUTHORITY OF THE DIRECTOR OF SPECIAL
HOUSING/INMATE DISCIPLINE PROGRAM.

Inmate Grievance Complaint

Downstate Correctional Facility

Wilfred Labossiere

Housing Unit 4-F-1

Program: 3 Complex Law Library

Description of Problem: On July 13, 2019 Officer N. Baxter working 3 to 11 shift interfered with my access to treatment and was deliberately indifferent to my health. He refused to follow doctor's orders for my treatment for an invasive surgery performed on my rectum on June 29, 2019. As the surgical area which was still bleeding and draining would be exposed to fecal matter on the open wound after a bowel movement, I must shower to prevent infection by cleaning the area in a shower with running water.

An extension of the original order was given to the Block Officer on July 11, 2019 in the form of a shower pass. Officer N. Baxter refused my two requests for a shower (which was next door to my cell). Yet, he allowed cells F8, F5, F27, F2, and F30 all out to walk their training dogs outside the Block and check the laundry in the washing machine. The Officer's indifference to my medical treatment violated my Eight Amendment Right.

Officer's behavior in refusing to follow doctor's orders of my health sanitary duties, yet allowing others in the same Block to perform their sanitary duties of dogs is a violation of rights and put me at risk for infection and Septis Blood causing serious illness or death. This is the second of such behavior as the first was on February 10, 2017. Now with doctor's orders to the Block Officers there is a clear question to inflict harm and denude any entitlement to me. Any transfers, disciplinary, or adverse actions by any staff will be considered retaliation.

Action Requested By Inmate: Disciplinary action immediately against Officer Baxter to hold accountable for the extreme lack of professionalism in handling the care of people. To be free of cruel and unusual punishment. Also, disciplinary action—as he would share private information from Prisoner's PSI Report to other prisoners.

Grievant Signature: _____

## DOWNSTATE CORRECTIONAL FACILITY

TO:        Security

FROM:   Medical

RE:        Name:   _____

            Number: _____

            Cell:       _____

DATE:

_____ Feed on Gallery        _____ days

_____ Rec on Gallery         _____ days

_____ No Recreation          _____ days

_____ No Shave                 _____ days

_____ Cane Pass               _____ days

_____ Crutch Pass            _____ days

_____ Sneaker Pass          _____ days

Restricted to cell for              _____ days

Should report to sick call on _____

Date:

_____
Nurse Signature

_____
Physician or PA Signature

All restrictions will continue through the expiration date.

DN020

Inmate Grievance Complaint

Downstate Correctional Facility

Wilfred Labossiere

Housing Unit 4-F-1

Program: 3 Complex Law Library

Description of Problem: On July 13, 2019 Officer N. Baxter working 3 to 11 shift interfered with my access to treatment and was deliberately indifferent to my health. He refused to follow doctor's orders for my treatment for an invasive surgery performed on my rectum on June 29, 2019. As the surgical area which was still bleeding and draining would be exposed to fecal matter on the open wound after a bowel movement, I must shower to prevent infection by cleaning the area in a shower with running water.

An extension of the original order was given to the Block Officer on July 11, 2019 in the form of a shower pass. Officer N. Baxter refused my two requests for a shower (which was next door to my cell). Yet, he allowed cells F8, F5, F27, F2, and F30 all out to walk their training dogs outside the Block and check the laundry in the washing machine. The Officer's indifference to my medical treatment violated my Eight Amendment Right.

Officer's behavior in refusing to follow doctor's orders of my health sanitary duties, yet allowing others in the same Block to perform their sanitary duties of dogs is a violation of rights and put me at risk for infection and Septis Blood causing serious illness or death. This is the second of such behavior as the first was on February 10, 2017. Now with doctor's orders to the Block Officers there is a clear question to inflict harm and denude any entitlement to me. Any transfers, disciplinary, or adverse actions by any staff will be considered retaliation.

Action Requested By Inmate: Disciplinary action immediately against Officer Baxter to hold accountable for the extreme lack of professionalism in handling the care of people. To be free of cruel and unusual punishment. Also, disciplinary action— as he would share private information from Prisoner's PSI Report to other prisoners.

Grievant Signature: _____

## DOWNSTATE CORRECTIONAL FACILITY

TO:      Security

FROM:    Medical

RE:      Name: _____

           Number: _____

           Cell: _____


DATE:


_____ Feed on Gallery    _____ days

_____ Rec on Gallery     _____ days

_____ No Recreation      _____ days


_____ No Shave          _____ days

_____ Cane Pass        _____ days

_____ Crutch Pass      _____ days

_____ Sneaker Pass     _____ days

_____


Restricted to cell for    _____ days


Should report to sick call on _____


Date: _____


_____
Nurse Signature

_____
Physician or PA Signature


All restrictions will continue through the expiration date.

DN020

FORM 21312E (REVERSE) (9/12)

**Response of IGRC:** DX-5655-19        5935

IGRC recommends the future grievance shower period should be more specific as to need w/o breathing related benefits according to himself...

Date Returned to Inmate: 8/13/19          IGRC Members: _____

Chairperson: _____          _____

Return within 7 calendar days and check appropriate boxes.*

- [✓] I disagree with IGRC response and wish to appeal to Superintendent.

- [ ] I agree with the IGRC response and wish to appeal to the Superintendent.

- [ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.

- [ ] I apply to the IGP Supervisor for review of dismissal.

Signed: _____          8-16-19
                    Grievant                                    Date

_____          8-17-19
        Grievance Clerk's Receipt                          Date

_____

***To be completed by Grievance Clerk.***

Grievance Appealed to the Superintendent: _____
                                                                            Date

Grievance forwarded to the Superintendent for action: _____
                                                                                            Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

# DOWNSTATE CORRECTIONAL FACILITY

**TO:**     Security

**FROM:**  Medical

**RE:**     Name: _Labossiere Wilfred_

            Number: _19A2653_

            Cell: _4E-7_

**DATE:**

_X_ Feed on Gallery    _7_ days

_X_ Rec on Gallery    _7_ days

_____ No Recreation    _____ days

_____ No Shave    _____ days

_____ Cane Pass    _____ days

_____ Crutch Pass    _____ days

_____ Sneaker Pass    _____ days

_X_ Shower pass   as needed

Restricted to cell for    _N/A_ days

Should report to sick call on _____

Date:

_____
Nurse Signature

_____
Physician or PA Signature

All restrictions will continue through the expiration date.

DN020



NEW
YORK
STATE | Corrections and
Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To:        DSS:  E.Burnett

From:     SGT: R. Fuentes

Subject:   Inmate Labossiere, Wilfred 14a2683

Date:      08/10/19

On 07/29/19 at approximately 7:00 pm I interviewed inmate Labossiere, Wilfred 14A2683 in Complex 4 Sergeant's office regarding his complaint against Officer N. Baxter. In the complaint inmate Labossiere claims Officer N. Baxter refused to follow Doctors orders by refusing to allow him to use the shower but allowed others to come out the cells to walk their dogs. During the interview the inmate informed me that in the date in question all inmates were secured in their cells because of an electrical problem.

On 8/10/19 at approximately 7:05pm I contacted Officer N. Baxter by telephone regarding this complaint as he is scheduled to return on 8/29/19 and I will be out then.

Officer N. Baxter informed me that on 7/13/19 He worked Housing Unit 4F on the 3-11 shift and due to an electrical issue, all inmates were secured in their cells. He stated that he allowed some inmates out the cells to walk their dogs only after it was authorized by the Watch Commander; as the inmates returned some picked up the laundry. Officer N. Baxter informed me that he had no knowledge of inmate's Labossiere personal or Medical information and would never share such information. Officer Baxter informed me, He was under the impression the inmate was able to accomplish his needs using the water in the cell to clean up as he was unaware of the inmate actual condition or needs. (upon his return the Officer will submit written response)

Respectfully Submitted

SGT: R. Fuentes

## DOWNSTATE CORRECTIONAL FACILITY

**TO:**      Security

**FROM:**   Medical

**RE:**      Name: _Wilfred _____

           Number: _____

           Cell: _____

**DATE:** _____

| | | |
|---|---|---|
| ✓ Feed on Gallery | X 1 month days | No medical |
| ___ Rec on Gallery | _____ days | keep lock |
| ___ No Recreation | _____ days | Health. |
| | | |
| ___ No Shave | _____ days | May return daily |
| ___ Cane Pass | _____ days | activities |
| ___ Crutch Pass | _____ days | |
| ___ Sneaker Pass | _____ days | |

✓ Slower and easier X 1 month

Restricted to cell for _____ days

Should report to sick call on _____

Date: _____

_____
Nurse Signature

_____
Physician or PA Signature

All restrictions will continue through the expiration date.

DN020

DOWNSTATE CORRECTIONAL FACILITY

TO:        Security

FROM:    Medical

RE:        Name:    _____

            Number: _____

            Cell:      _____


DATE:

_____   Feed on Gallery       _____ days

_____   Rec on Gallery        _____ days

_____   No Recreation         _____ days


_____   No Shave              _____ days

_____   Cane Pass             _____ days

_____   Crutch Pass           _____ days

_____   Sneaker Pass          _____ days

_____


Restricted to cell for        _____ days


Should report to sick call on _____


Date:

_____

Nurse Signature


_____

Physician or PA Signature


All restrictions will continue through the expiration date.

DN020

Wilfred Labossier
14A2683
Downstate Correctional Facility
Box F
121 Redschool house Rd
Fishkill NY 12524

RECEIVED
SDNY PRO SE OFFICE
2021 DEC -9 PM 2:44

CORRECTIONAL
FACILITY

CORRECTIONAL FACILITY

12/06/2021
US POSTAGE $009.36⁰
ZIP 12524
041M11284855

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7020 0640 0000 2040 3121

U. S. District Court

Southern District of New York

500 Pearl Street

New York New York 10007

Pro Se

RECEIVED
DEC 0 8 2021
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY

legal Mal

legal Mal