

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

August 10, 2022

**BY ECF:**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Labossiere v. Downstate Facility et al, et al; 7:21-cv-10538-KMK

Dear Judge Karas:

I write on behalf of this Office in response to the Court's June 14, 2022 Order seeking an address where the Defendant "N. Baxter" may be served. See Dkt. No. 17. In accordance with that Order, this Office has learned the following information from the Department of Corrections and Community Supervision regarding the Defendant specified in the Court's June 14, 2022 Order:

- "N. Baxter": The full name of the person Plaintiff appears to intend to name is Correction Officer Neil Baxter, and he can be served at Shawangunk Correctional Facility, 200 Quick Road, P.O. Box 750, Wallkill, NY 12589-0750.

The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

Respectfully submitted,

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General
Andrew.Blancato@ag.ny.gov

cc:   Wilfred Labossiere
      14-A-2683
      Sing Sing Correctional Facility
      354 Hunter Street
      Ossining, NY 10562

2

## DECLARATION OF SERVICE

Andrew Blancato, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On August 10, 2022, I caused to be served the annexed <u>Letter</u> upon:

Wilfred Labossiere
14-A-2683
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

plaintiff pro se, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General

Executed on August 10, 2022