RECEIVED
SDNY PRO SE OFFICE
2022 AUG 15  AM 10: 15

8/6/22

TO: Honorable Judge
Kenneth M. Karas

From: Wilfred Labossiere
Sing Sing CF
354 Hunter St
Ossining NY 10562

RE: Case # 21 CV 10538

Good Day,

    My last Correspondence it was noted that the U.S. Marshal Service attempted to serve defendant C.O. Baxter. On Tues July 19, 2022, I was transported to Montifore Hospital for pre-Surgery test. That morning I was greeted by the defendant as he was transporting another prisoner. It made it clear that he was still working for Doccs. Therefore I'm making a respectful request that the Attorney General update the Court's "Valine" order so that the US Marshal can make the appropriate contact with the defendant.

Respectfully yours
Wilfred Labossiere

